UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:　　　　　　　　　　　　　　　　PROCEEDINGS UNDER CHAPTER 13
**HUGO ESTEBAN GIL**　　　　　　　　　　CASE NO.: 19-13011-BKC-LMI
**JENNY GIL**
　　　　　　　　　**DEBTOR(S)** /

## MOTION TO APPROVE VA BENEFIT SETTLEMENT AND AUTHORIZE DISBURSEMENT TO DEBTOR

**COMES NOW**, the Debtor(s), Hugo Esteban Gil and Jenny Gil, by and through the undersigned counsel and files this Motion to Approve VA Benefit Settlement and Authorize Disbursement to Debtor, and as grounds thereof state as follows:

1. On March 7, 2019, Debtors filed for Chapter 13 bankruptcy relief.
2. The debtor's VA benefits have settled the claims and the debtor will receive net proceeds in the total amount of $5,513.64 attached hereto as "Exhibit A".
3. The settlement funds are eligible for Fla. Stat. Ann. § 222.21(2) ~Retirement, profit-sharing, stock bonus plans, annuities qualified under IRS 1986-100% exemption.

**WHEREFORE**, the Debtor(s), Hugo Esteban Gil and Jenny Gil, respectfully requests that this Court grants this Motion to VA Benefit Settlement and Authorize Disbursement to Debtor and for any such other and further relief as this Court may deem just and equitable under the circumstances.

　　　I Hereby Certify that I am admitted to the Bar of the United States District Court for the Southern District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in the Court set forth in Local Rule 2090-1 (A).

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**Law Offices of Patrick L Cordero, Esq.**
　　　　　　　　　　　　　　　　　　　*Attorney for Debtor*
　　　　　　　　　　　　　　　　　　　7333 Coral Way
　　　　　　　　　　　　　　　　　　　Miami, Florida 33155
　　　　　　　　　　　　　　　　　　　Tel: (305) 445-4855

　　　　　　　　　　　　　　　　　　　　/s/ (FILED ECF)　　　　　　(The Debtor's Attorney)
　　　　　　　　　　　　　　　　　　　Patrick L. Cordero, Esq., FL Bar No. 801992