

July 23, 2020
HUGO GIL
2732 W 68TH PL
HIALEAH FL 33016

# We made a decision on your VA benefits.

Dear Hugo Gil:

This letter will guide you through the information you should know and steps you may take now that VA has made a decision about your benefits.

## Your Benefit Information:
- Service connection for tinnitus is granted with an evaluation of 10 percent effective February 21, 2017.

Your combined rating evaluation is 10%.

## How VA Combines Percentages
If you have more than one condition, VA will combine percentages to determine your overall disability rating. The percentages assigned for each of your conditions may not always add up to your combined rating evaluation. The following website has additional information about how VA combines percentages:
http://www.benefits.va.gov/compensation/rates-index.asp#howcalc.

Your monthly entitlement amount is shown below:

| Monthly Entitlement Amount | Payment Start Date | Reason |
|---|---|---|
| $133.57 | Mar 1, 2017 | Original Award |
| $136.24 | Dec 1, 2017 | Cost of Living Adjustment |
| $140.05 | Dec 1, 2018 | Cost of Living Adjustment |
| $142.29 | Dec 1, 2019 | Cost of Living Adjustment |

**We have included with this letter:**
1. Explanation of Payment
2. Additional Benefits
3. Where to Send Written Correspondence
4. VA Form 20-0998
5. Rating Decision
6. Fraud Prevention Attachment

**Contact information:**
Web: www.vets.gov
Phone: 1-800-827-1000
TDD: 711
To send questions online: visit
https://iris.custhelp.com/

**Social Media:**
Twitter: @VAVetBenefits
Facebook: www.facebook.com/VeteransBenefits

**Your representative:**
You appointed FLORIDA DEPARTMENT OF VETERANS AFFAIRS as your accredited representative. They have also received a copy of this letter.

They can help you with any questions you have about your claim.

If you or someone you know is in crisis, call the *Veterans Crisis Line* at 1-800-273-8255 and press 1.



File Number: ████3687
GIL, HUGO

If payments are due, you should receive your first payment, if not already in receipt of payments, within 7-10 days of this notice.

See **Explanation of Payment** for more details about your payment.

## Please Take Action: Enroll for Payments

We noticed that you did not provide us with your banking information to allow your federal benefits to be sent directly to your bank. The Department of Treasury has mandated that all recurring federal benefits be administered through either Electronic Funds Transfer (EFT) or Direct Express® Debit MasterCard®. If you do not provide your banking information to have your benefits electronically transferred to your bank, the Treasury Department will contact you directly to determine your preferred payment method.

- To have your federal benefits electronically transferred to your designated financial institution (e.g. bank) call VA at 1-800-827-1000 with your banking information or go online to https://www.va.gov/change-direct-deposit.
- For more information on financial institutions that may provide banking services for Veterans, go to https://benefits.va.gov/benefits/banking.asp.
- To have your federal benefits issued through Direct Express® Debit MasterCard® issued by Comerica Bank call 1-888-213-1625 to enroll in the program.

## What You Should Do If You Disagree With Our Decision

If you do not agree with our decision, you have one year from the date of this letter to select a review option in order to protect your initial filing date for effective date purposes. You must file your request on the required application form for the review option desired. The table below represents the review options and their respective required application form.

| Review Option | Required Application Form |
| --- | --- |
| Supplemental Claim | VA Form 20-0995, *Decision Review Request: Supplemental Claim* |
| Higher-Level Review | VA Form 20-0996, *Decision Review Request: Higher-Level Review* |
| Appeal to the Board of Veterans' Appeals | VA Form 10182, *Decision Review Request: Board Appeal (Notice of Disagreement)* |

*Please note:* You **may not** request a higher-level review of a higher-level review decision issued by VA.

The enclosed VA Form 20-0998, *Your Rights To Seek Further Review Of Our Decision*, explains

Page 2



File Number: ███3687
GIL, HUGO

your options in greater detail and provides instructions on how to request further review. You may download a copy of any of the required application forms noted above by visiting www.va.gov/vaforms/ or you may contact us by telephone at 1-800-827-1000 and we will mail you any form you need.

You can visit www.va.gov/decision-reviews to learn more about how the disagreement process works.

If you would like to obtain or access evidence used in making this decision, please contact us by telephone, email, or letter as noted below letting us know what you would like to obtain. Some evidence may be obtained online by visiting www.va.gov.

Thank you for your service,

**Regional Office Director**

cc:   FLORIDA DEPARTMENT OF VETERANS AFFAIRS







8/17/2020 4:10:07 PM
Date / Time              Vet Comp & Pen Medical Consulting Quick Pay          Cashier           Vetapiuser

Transaction ID     126241623                                                  $1,262.81    Amount

Billing Account Number  1006

Payment Summary :      Visa payment for $1,262.81.
Payment Acct Last4 :   ********6174
Billing Name :         Hugo Gil
Billing Address :      2732 West 68th Place
                       Hialeah, FL 33016
Phone Number :
Email Address :        H-gil1@hotmail.com


Signature  _____

**Note: The convenience fee is collected by Heartland Payment Systems.**